**RICKEY IVIE** (State Bar No.76864)
**RODNEY S. DIGGS** (State Bar No. 274459)
**IVIE, McNEILL & WYATT**
444 S. Flower Street, Suite 1800
Los Angeles, California 90071
Tel.   (213) 489-0028
Fax    (213) 489-0552
Email:  Rivie@imwlaw.com

Attorneys for Defendant
County of Los Angeles, et. al.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SARTORI, | CASE NO.: CV12-10578JFW(AJWx) |
| *Plaintiff,* | [Assigned to Honorable S. James Otero, Courtroom 1] |
| vs. | Complaint Filed:  December 10, 2012 |
| COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFFS DEPARTMENT, SGT. ANNAMARIE MATUSIK #450613, individually and as a peace officer, SGT. MARTHA GENEM #281751, individually and as a peace officer, DEPUTY JOE VASQUEZ #430309, individually and as a peace officer, LORENA ROSALES #515199 individually and as a peach officer, DEPUTY HANI AYOUB #489602 individually and as a peace officer, and DOES 1-10, inclusive, | **ORDER RE: STIPULATED PROTECTIVE ORDER** |
| *Defendants.* | |

1

**[PROPOSED] ORDER RE: STIPULATED PROTECTIVE ORDER**

1 **IT IS SO ORDERED** that the terms of the Stipulated Protective Order are APPROVED.

3 Dated: _January 27, 2014

*[signature]*

ANDREW J. WISTRICH
United States Magistrate Judge

2

**[PROPOSED] ORDER RE: STIPULATED PROTECTIVE ORDER**