| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | **RICKEY IVIE** (State Bar No.76864)<br>**RODNEY S. DIGGS** (State Bar No. 274459)<br>**IVIE, McNEILL & WYATT**<br>444 S. Flower Street, Suite 1800<br>Los Angeles, California 90071<br>Tel.   (213) 489-0028<br>Fax   (213) 489-0552<br>Email:  Rivie@imwlaw.com<br><br>Attorneys for Defendant<br>County of Los Angeles, et. al. | FILED<br>CLERK, U.S. DISTRICT COURT<br><br>April 8, 2014<br><br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: ____VPC____ DEPUTY<br><br>NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SARTORI,<br><br>              *Plaintiff,*<br>vs.<br><br>COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFFS DEPARTMENT, SGT. ANNAMARIE MATUSIK #450613, individually and as a peace officer, SGT. MARTHA GENEM #281751, individually and as a peace officer, DEPUTY JOE VASQUEZ #430309, individually and as a peace officer, LORENA ROSALES #515199 individually and as a peach officer, DEPUTY HANI AYOUB #489602 individually and as a peace officer, and DOES 1-10, inclusive,<br>              *Defendants.* | CASE NO.: CV12-10578 SJO (AJWx)<br>[Assigned to Honorable S. James Otero, Courtroom 1]<br>Complaint Filed:  December 10, 2012<br><br>**AMENDED JUDGMENT** |

   This case came on regularly for trial on March 4, 2014 to March 7, 2014 in Department 1 of this Court, the Honorable S. James Otero presiding; the plaintiff

1

appearing by Attorney Thomas E. Beck, from **THE BECK LAW FIRM** and defendants appearing by Attorneys Rickey Ivie and Rodney S. Diggs from **IVIE, MCNEILL & WYATT**.

A jury of 8 persons was regularly impaneled and placed under oath. Witnesses were placed under oath and testified. After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court and the case was submitted to the jury with directions to return a verdict. The jury deliberated and thereafter returned into court with its verdict consisting of the issues submitted to the jury and the answers given thereto by the jury, which said verdict was in words and figures as follows, to wit:

"We, the jury in the above-entitled action, render the following findings of fact by this verdict as to the issues submitted to us.

**QUESTION NO. 1**

Do you find that plaintiff proved by a preponderance of the evidence that any of the defendants violated the constitutional rights of plaintiff Steven Sartori by unreasonably seizing plaintiff?

Answer: Yes_____ No__X__

If you answered "yes" to Number 1, please an "X" next to the name of each defendant you find unreasonably seized plaintiff. If you answered "no" skip to Question Number 2.

  Sgt. Annmarie Matusik  _____
  Sgt. Martha Genem  _____
  Deputy Joe Vazquez  _____
  Deputy Lorena Rosales  _____
  Deputy Hani Ayoub  _____

**QUESTION NO. 2**

Do you find that plaintiff proved by a preponderance of the evidence that any of the defendants violated the constitutional rights of plaintiff Steven Sartori by unreasonably entering and searching plaintiff's property?

Answer:     Yes_____          No__X__

If you answered "yes" to Number 2, please an "X" next to the name of each defendant you find unreasonably seized plaintiff.  If you answered "no" skip to Question Number 3.

   Sgt. Annmarie Matusik          _____
   Sgt. Martha Genem              _____
   Deputy Joe Vazquez             _____
   Deputy Lorena Rosales          _____
   Deputy Hani Ayoub              _____

**QUESTION NO. 3**

Do you find that plaintiff proved by a preponderance of the evidence that any of the defendants violated the constitutional rights of plaintiff Steven Sartori by using unreasonable force against plaintiff?

Answer:     Yes_____          No__X__

If you answered "yes" to Number 3, please an "X" next to the name of each defendant that used unreasonable force against plaintiff.  If you answered "no" skip to Question Number 4.

   Sgt. Annmarie Matusik          _____
   Sgt. Martha Genem              _____
   Deputy Joe Vazquez             _____
   Deputy Lorena Rosales          _____

     Deputy Hani Ayoub              \_\_\_\_\_

**QUESTION NO. 4**

     Do you find that plaintiff proved by a preponderance of the evidence that any of the defendants violated the constitutional rights of plaintiff Steven Sartori by knowingly supplying false information to the district attorney?

Answer:     Yes\_\_\_\_\_               No\_\_X\_\_

     If you answered "yes" to Number 4, please an "X" next to the name of each defendant below who knowingly supplied false information to the district attorney. If you answered "no" skip to Question Number 5.

     Sgt. Annmarie Matusik          \_\_\_\_\_

     Sgt. Martha Genem            \_\_\_\_\_

     Deputy Joe Vazquez             \_\_\_\_\_

     Deputy Lorena Rosales          \_\_\_\_\_

     Deputy Hani Ayoub              \_\_\_\_\_

**QUESTION NO. 5**

     Do you find that plaintiff proved by a preponderance of the evidence that any of the defendants conspired together to cause plaintiff to be falsely arrested, booked for crimes known by them not to have been committed by plaintiff?

Answer:     Yes\_\_\_\_\_               No\_\_X\_\_

     If you answered "yes" to Number 5, please an "X" next to the name of each defendant who conspired to cause plaintiff to be falsely arrested, booked for crimes known by them not to have been committed by plaintiff. If you answered "no" skip to the bolded and italicized portion beneath this question."

     Sgt. Annmarie Matusik          \_\_\_\_\_

| | | |
|---|---|---|
| 1 | Sgt. Martha Genem | _____ |
| 2 | Deputy Joe Vazquez | _____ |
| 3 | Deputy Lorena Rosales | _____ |
| 4 | Deputy Hani Ayoub | _____ |

It appearing by reason of said verdict that:

Defendants COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFFS DEPARTMENT, SGT. ANNAMARIE MATUSIK, SGT. MARTHA GENEM, DEPUTY JOE VASQUEZ, LORENA ROSALES, and DEPUTY HANI AYOUB are entitled to judgment against the plaintiff STEVEN SARTORI.

Now, therefore, it is **ORDERED, ADJUDGED, AND DECREED** that said plaintiff STEVEN SARTORI shall recover nothing by reason of the Complaint, and the Defendants COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFFS DEPARTMENT, SGT. ANNAMARIE MATUSIK, SGT. MARTHA GENEM, DEPUTY JOE VASQUEZ, LORENA ROSALES, and DEPUTY HANI AYOUB shall recover ~~attorney's fees and~~ costs from said plaintiff STEVEN SARTORI.

Dated: April 8, 2014.

_____
Honorable S. James Otero
Judge of the Central District Court

i